854

No. 643. HUNTER, WARDEN, v. MARTIN. C. C. A. 10th. Certiorari granted. *Solicitor General Perlman* for petitioner.

No. 319, Misc. HEDGEBETH v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari granted. Petitioner *pro se*. *Harry McMullan*, Attorney General of North Carolina, and *Ralph Moody*, Assistant Attorney General, for respondent.

No. 340. BLACK ET AL. v. ROLAND ELECTRICAL Co. C. C. A. 4th. Certiorari denied. *Paul Berman, Sigmund Levin* and *Theodore B. Berman* for petitioners. *O. R. McGuire* for respondent. *William L. Marbury* filed a brief for the Bethlehem-Fairfield Shipyard, Inc., as *amicus curiae*, opposing the petition.

No. 512. WILLIAMS v. ATCHISON, TOPEKA & SANTA FE RAILWAY Co.;
No. 513. THOMAS v. ATCHISON, TOPEKA & SANTA FE RAILWAY Co.; and
No. 514. NEIS v. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. Supreme Court of Missouri. Certiorari denied. *W. L. Cunningham* for petitioners. *R. S. Outlaw, Wm. J. Milroy* and *Sam D. Parker* for respondent. Reported below: 356 Mo. 967, 204 S. W. 2d 693.

No. 515. PEDERSEN v. UNITED STATES. Court of Claims. Certiorari denied. *Joseph B. Ely, George P. Dike, Cedric W. Porter* and *Frederick M. Kingsbury* for petitioner. *Solicitor General Perlman, H. G. Morison, Paul A. Sweeney* and *Morton Liftin* for the United States.